# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lacey Jade Fox, | ) | Case No. 4:13-cr-142 |
| Defendant. | ) | |

On January 29, 2018, defendant appeared before the court on a petition for action on her conditions of supervised release. She was thereafter ordered detained pending a final hearing on the petition.

On March 1, 2018, the court learned: (1) defendant has been hospitalized in Bismarck, North Dakota, to address an ongoing medical issue; and (2) defendant will remain hospitalized for the immediate future; (3) the United States Marshal is required to maintain a presence at the hospital until defendant is discharged.

The court, on its own motion, **GRANTS** defendant a furlough. Defendant shall be temporarily released while she obtains medical treatment. Upon her discharge from the hospital, defendant shall immediately surrender to the Burleigh Morton Detention Center.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court